# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## CENTRAL DIVISION

**DEREK A. SIMMONS**                                                                                   **PLAINTIFF**

v.                                          **4:21-CV-00912-BRW-ERE**

**DOES**                                                                                                     **DEFENDANTS**

## **ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's Complaint alleges that "God did some medical work" on him, and appears to be complaining about the results.[2] Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED.

Dismissal of this case constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).[3] The Court certifies that an *in forma pauperis* appeal from this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 5th day of November, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 1.

[3] The statute provides that a prisoner may not file an in forma pauperis civil rights action or appeal if the prisoner has, on three or more prior occasions, filed an action or appeal that was dismissed as frivolous, malicious or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury.