**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEREK A. SIMMONS**
**ADC #165009**                                                                          **PLAINTIFF**

**VS.**                                        **4:21-CV-00912-BRW**

**DOES, ET AL.**                                                                      **DEFENDANTS**

## JUDGMENT

     Consistent with the order entered on November 5, 2021, judgment is entered for

Defendant.  This case is DISMISSED.

     IT IS SO ORDERED this 9th day of May, 2022.

     Nunc Pro Tunc: November 5, 2021

                    Billy Roy Wilson_____
                    UNITED STATES DISTRICT JUDGE